**No. P68/415.**—E. Miltenberg, Inc. *v.* United States, protest 66/1382 (New York).

RAO, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of stethoscopes

similar in all material respects to those the subject of *Empire Findings Co., Inc.* v. *United States* (51 Cust. Ct. 262, Abstract 68126), the claim of the plaintiff was sustained.